## OHIO OIL COMPANY *v.* INDIANA (NO. 3).

ERROR TO THE SUPREME COURT OF THE STATE OF INDIANA.

No. 85.   Argued December 18, 19, 1899. — Decided April 9, 1900.

The judgment below in this case is affirmed for the reasons given in *Ohio
Oil Company* v. *Indiana, No. 1, ante,* page 190.

THIS case was argued with No. 84, *ante,* 190, and by the same
counsel.

MR. JUSTICE WHITE delivered the opinion of the court.

The Supreme Court of the State of Indiana affirmed a judg-
ment of the trial court, awarding the sum of certain penalties
incurred by violating a statute of the State of Indiana which
came under our review in case No. 84, this day disposed of.
The opinion in that case is conclusive of every question here
arising, and for the reasons given in case No. 84, the judgment is

*Affirmed.*